```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 22179
    FRED J GRANDISON
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-6592


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 06/09/2004 and was confirmed 08/02/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors an estimated  13.20% from remaining funds.

      The case was paid in full 11/20/2007.
-------------------------------------------------------------------------------
 CREDITOR NAME              CLASS            CLAIM AMOUNT       INTEREST      PRINCIPAL
                                                                  PAID          PAID
-------------------------------------------------------------------------------
 FORD MOTOR CREDIT          SECURED             4000.00           410.64       4000.00
 FORD MOTOR CREDIT          UNSECURED           7919.38              .00       1044.96
 AMOCO BP                   UNSECURED          NOT FILED             .00            .00
 CAPITAL ONE BANK           UNSECURED            836.70              .00        110.40
 CITGO                      UNSECURED          NOT FILED             .00            .00
 EXXON MOBIL CARD SERVICE   UNSECURED          NOT FILED             .00            .00
 J C PENNEY                 UNSECURED          NOT FILED             .00            .00
 SHERMAN ACQUISITION        UNSECURED OTH       2632.98              .00        347.50
 SAMS CLUB                  UNSECURED          NOT FILED             .00            .00
 SHERMAN ACQUISITION        UNSECURED           1329.92              .00        175.48
 ROUNDUP FUNDING LLC        UNSECURED           1628.19              .00        214.84
 FIELDS TARGET              NOTICE ONLY        NOT FILED             .00            .00
 ECAST SETTLEMENT CORP      UNSECURED            220.29              .00         29.07
 CAPITAL ONE BANK           UNSECURED            604.65              .00         79.78
 SHERMAN ACQUISITION        UNSECURED          NOT FILED             .00            .00
 ECAST SETTLEMENT CORP      UNSECURED            982.37              .00        129.62
 ACADEMY COLLECTION SERVI   NOTICE ONLY        NOT FILED             .00            .00
 ZALUTSKY & PINSKI LTD      DEBTOR ATTY        2,694.00                        2,694.00
 TOM VAUGHN                 TRUSTEE                                              483.71
 DEBTOR REFUND              REFUND                                                  .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
 TRUSTEE                9,720.00

 PRIORITY                                            .00
 SECURED                                        4,000.00
    INTEREST                                      410.64
 UNSECURED                                      2,131.65
 ADMINISTRATIVE                                 2,694.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 04 B 22179 FRED J GRANDISON
```

```
TRUSTEE COMPENSATION                                             483.71
DEBTOR REFUND                                                       .00
                                       ----------------   ----------------
TOTALS                                        9,720.00           9,720.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
Dated: 02/27/08                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```